IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:18-CV-940-WHA |
| | ) | [WO] |
| LT/JAIL ADMINISTRATOR LEE PADGET, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 28, 2019. Doc. 10. There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A separate Final Judgment will be entered.

Done, this 19th day of February 2019.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE